Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ONEWORLD IMPORTS, individually and dba "TOLANI COLLECTION"; *et al*.<br><br>Defendants. | Case No. CV14-09773-CAS-PJW<br>*Hon. Christina A. Snyder Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

1

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

<u>SO STIPULATED</u>.

Date: __December 15__, 2015          By: _____
                                         HON. CHRISTINA A. SNYDER
                                         UNITED STATES DISTRICT JUDGE

2